IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

CAROLYN CLARK, *on behalf of herself*
*and all others similarly situated,*

        Plaintiff,

v.                                     Civil Action No. 3:15-cv-00391 (MHL)

TRANS UNION, LLC,

        Defendant.

---

OLGA ANDERSON, *et. al.*, *on behalf of themselves*
*and all others similarly situated,*

        Plaintiffs,

v.                                     Civil Action No. 3:16-cv-00558 (MHL)

TRANS UNION, LLC,

        Defendant.

**PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, CONDITIONALLY CERTIFYING CLASS FOR PURPOSE OF SETTLEMENT, APPOINTING CLASS COUNSEL, DIRECTING NOTICE TO THE CLASS, AND SCHEDULING FINAL FAIRNESS HEARING**

Plaintiffs, Olga Anderson, Kim Breeden, Brenda Walker, and Carolyn Clark, with the consent of Defendant, Trans Union, LLC, entered into a Stipulation and Agreement of Settlement (the "Settlement Agreement") attached hereto as Exhibit 1. Pursuant to Fed. R. Civ. P. 23, the Parties hereby file this motion in support of their request for Preliminary Approval of the Class Action Settlement Agreement. For the reasons supplied in the accompanying Memorandum, the Parties respectfully request that the Court enter a Preliminary Approval Order, in the proposed form attached as Exhibit C to the Settlement Agreement:

    (1) Preliminarily approving a proposed class settlement;

    (2) Scheduling a fairness hearing;

1

(3) Certifying the settlement class for purposes of the proposed class settlement;

(4) Appointing class counsel; and

(5) Approving the form and manner of notice proposed to be sent to all members of the settlement class.

**Respectfully Submitted,**
**PLAINTIFFS,**
*individually and on behalf of all*
*others similarly situated*

By: _____/s/_____
Leonard A. Bennett, VSB No. 37523
Craig C. Marchiando, VSB No. 89736
Elizabeth W. Hanes, VSB No. 75574
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, VA 23601
Tel: (757) 930-3660
Fax: (757) 930-3662
Email: lenbennett@clalegal.com
Email: craig@clalegal.com
Email: Elizabeth@clalegal.com

Matthew J. Erausquin, VSB No. 65434
CONSUMER LITIGATION ASSOCIATES, P.C.
1800 Diagonal Road, Suite 600
Alexandria, VA 22314
Tel:  (703) 273-7770
Fax:  (888) 892-3512
Email: matt@clalegal.com

James A. Francis, *pro hac vice*
David A. Searles, *pro hac vice*
Francis & Mailman PC
Land Title Building
100 S Broad Street, 19th Floor
Philadelphia, PA 19110
Tel: (215) 735-8600
Fax: (215) 940-8000
Email: jfrancis@consumerlawfirm.com
Email: dsearles@consumerlawfirm.com

Kristi C. Kelly, VSB No. 72791

2

Andrew J. Guzzo, VSB No. 82170<br>
Casey S. Nash, VSB No. 84261<br>
Kelly & Crandall PLC<br>
4084 University Drive, Suite 202A<br>
Fairfax, VA 22030<br>
Tel: (703) 424-7570<br>
Fax: (703) 591-0167<br>
Email: kkelly@kellyandcrandall.com<br>
Email: aguzzo@kellyandcrandall.com<br>
Email: casey@kellyandcrandall.com

*Counsel for the Plaintiffs*

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 14th day of March 2018, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

                                      /s/
                                Leonard A. Bennett, VSB No. 37523
                                CONSUMER LITIGATION ASSOCIATES, P.C.
                                763 J. Clyde Morris Blvd., Suite 1-A
                                Newport News, VA 23601
                                Tel:    (757) 930-3660
                                Fax:   (757) 930-3662
                                Email: lenbennett@clalegal.com