IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

CAROLYN CLARK, *et al.*,
*individually and on behalf of a class of
similarly situated persons*,

    **Plaintiffs**,

v.

TRANS UNION, LLC,

    **Defendant.**

Civil Action No. 3:15cv391

OLGA ANDERSON, *et al.*,
*individually and on behalf of a class of
similarly situated persons*,

    **Plaintiffs**,

v.

TRANS UNION, LLC,

    **Defendant.**

Civil Action No. 3:16cv558

## ORDER

This matter comes before the Court on the parties' Joint Motion to File Document Under Seal (the "Motion to Seal"). (ECF No. 260.) Pursuant to Local Civil Rule 5,[1] the parties seek leave to file the Declaration of Stan V. Smith, Ph.D. (the "Declaration") under seal. (Mot. Seal 1, ECF No. 260.) Parties seek to submit the Declaration in connection with seeking final approval of the class action settlement preliminarily approved on March 23, 2018. In support of the Motion to Seal, the parties explain that granting the Motion to Seal will protect the sensitivity of business information belonging to Trans Union discussed in the Declaration. (Mem. Supp.

---

[1] Local Civil Rule 5 governs requests to file documents under seal and the procedures governing filing documents under seal. E.D. Va. Loc. Civ. R. 5.

Mot. Seal 1, ECF No. 263.)

Upon due consideration, for the reasons stated in support of the Motion to Seal, and based on the parties' agreement, the Court GRANTS the Motion to Seal. (ECF No. 260.)

Let the Clerk of Court send a copy of this Order to all counsel of record.

It is so ORDERED.

/s/  
M. Hannah Lauck  
United States District Judge

Date: 8/29/18  
Richmond, Virginia